TOWNSEND AND TOWNSEND AND CREW LLP
BYRON W. COOPER (State Bar No. 166578)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Plaintiff
FORTERRA SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Forterra Systems, Inc., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> Avatar Factory, a California corporation, William D. Harvey, an individual, together dba the Will Harvey Company and dba IMVU, <br><br> Defendants. | Case No. <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **JURY TRIAL DEMANDED** |

Plaintiff, Forterra Systems, Inc., for its Complaint against Avatar Factory, a California corporation, and William D. Harvey, an individual, both doing business as the Will Harvey Company, and also doing business as IMVU, alleges:

## THE PARTIES

1. Forterra Systems, Inc. ("Forterra") is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in New York.

2. Forterra is informed and believes, and on that basis alleges that Defendant, Avatar Factory is a California corporation with its principal place of business in Palo Alto, California, and is doing business as the Will Harvey Company and is also doing business as IMVU.

3. Forterra is informed and believes, and on that basis alleges, that Defendant William D. Harvey is an individual residing in Palo Alto, California and is doing business as the Will Harvey

COMPLAINT FOR PATENT INFRINGEMENT - JURY DEMANDED

1 | Company, and is also doing business as IMVU with its principal place of business in Palo Alto,
2 | California. Defendants Avatar Factory and William D. Harvey are hereinafter referred to collectively
3 | as ("IMVU").

### JURISDICTION AND VENUE

4. The Court has subject matter jurisdiction pursuant to 28 U.S.C. §§1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§1 *et seq*. Venue is proper in this federal district pursuant to 28 U.S.C. §§1391(b)-(c) and 1400(b) as IMVU has done business in this District, has committed acts of infringement in this District, and continues to commit acts of infringement in this District, entitling Forterra to relief.

### INFRINGEMENT OF U.S. PATENT NO. 6,784,901

5. On August 31, 2004, United States Patent No. 6,784,901 ("the '901 patent") was duly and legally issued for an invention entitled, "Method, System and Computer Program Product for the Delivery of a Chat Message in a 3D Multi-User Environment." Plaintiff Forterra was assigned the '901 patent and continues to hold all rights and interest in the '901 patent.

6. IMVU has directly, indirectly, contributorily, and/or by inducement literally, or under the doctrine of equivalents, infringed and continues to infringe the '901 patent by its manufacture, use, sale, importation, and/or offer for sale of software products and services that infringe the claims of the '901 patent. IMVU is liable for its infringement of the '901 patent pursuant to 35 U.S.C. §271.

7. IMVU's acts of infringement have caused damage to Forterra and Forterra is entitled to recover from IMVU the damages sustained as a result of IMVU's wrongful acts in an amount subject to proof at trial. IMVU's infringement of Forterra's exclusive rights under the '901 patent will continue to damage Forterra, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court.

8. Upon information and belief, IMVU's infringement of the '901 patent is willful and deliberate, entitling Forterra to increased damages under 35 U.S.C. §284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. §285.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Forterra requests entry of judgment in its favor and against

Defendants IMVU as follows:

  (a)  Declaration that Defendants have infringed U.S. Patent No. 6,784,901;

  (b)  Permanently enjoining Defendants and its respective officers, agents, employees, and those acting in privity with them, from further infringement, contributory infringement and/or inducing infringement of U.S. Patent No. 6,784,901;

  (c)  Awarding the damages arising out of Defendants' infringement of U.S. Patent No. 6,784,901, including enhanced damages pursuant to 35 U.S.C. §284, to Forterra, together with prejudgment and post-judgment interest, in an amount according to proof;

  (d)  An award of attorneys' fees pursuant to 35 U.S.C. §285 or as otherwise permitted by law; and

  (e)  For such other costs and further relief as the Court may deem just and proper.

DATED: November 3, 2005    Respectfully submitted,

By: _____
Byron W. Cooper
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Plaintiff
FORTERRA SYSTEMS, INC.

## JURY DEMAND

Forterra demands a trial by jury on all issues.

DATED: November 3, 2005

Respectfully submitted,

By: *[signature]*
Byron W. Cooper
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Plaintiff
Forterra Systems, Inc.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Forterra Systems, Inc.

DATED:  November 3, 2005

Respectfully submitted,

By:  _____
Byron W. Cooper
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, California  94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Plaintiff
Forterra Systems, Inc.

60619596 v1