1   IRELL & MANELLA LLP
    Morgan Chu (70446)
2   Alan J. Heinrich (212782)
    Richard E. Lyon (229288)
3   1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067-4276
4   Telephone:   (310) 277-1010
    Facsimile:   (310) 203-7199
5
    Attorneys for Defendants
6   AVATAR FACTORY AND
    WILLIAM D. HARVEY
7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11  Forterra Systems, Inc., a California      )   Case No. C05-04472
    corporation,                              )
12                                            )   **ANSWER TO COMPLAINT FOR**
                   Plaintiff,                 )   **PATENT INFRINGEMENT**
13                                            )
            vs.                               )   **JURY TRIAL DEMANDED**
14                                            )
    Avatar Factory, a California corporation, )
15  William D. Harvey, an individual, together dba )
    the Will Harvey Company and dba IMVU,     )
16                                            )
                   Defendants.                )
17  _____  )

18          Defendants, Avatar Factory and William D. Harvey, answer the Complaint for Patent

19  Infringement (the "Complaint") of Forterra Systems, Inc. ("Forterra") as follows:

20                                   **I.  ANSWER**

21                                   **THE PARTIES**

22          1.      Defendants are without knowledge or information sufficient to form a belief as to

23  the truth of allegations in this paragraph and therefore deny each and every allegation therein.

24          2.      Defendants admit that Avatar Factory is a California corporation with its principal

25  place of business in California.  Defendants deny the remainder of the allegations in this

26  paragraph.

27          3.      Defendants admit that William D. Harvey is an individual residing in Palo Alto,

28  California.  Defendants deny the remainder of the allegations in this paragraph.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

ANSWER TO COMPLAINT FOR PATENT INFRINGEMENT
1440808.1  01

**JURISDICTION AND VENUE**

4.      Defendants admit that the Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 et seq.  Defendants admit that venue is proper in this federal district pursuant to 28 U.S.C. §§ 1391(b)-(c) and 1400(b) as Defendants have done business in this district.  Defendants deny the remainder of the allegations in this paragraph.

**INFRINGEMENT OF U.S. PATENT NO. 6,784,901**

5.      Defendants admit that United States Patent No. 6,784,901 (the "'901 patent"), entitled "Method, System and Computer Program Product for the Delivery of a Chat Message in a 3D Multi-User Environment," states on its face that it issued on August 31, 2004.  Except as so admitted, Defendants are without knowledge or information sufficient to form a belief as to the truth of allegations in this paragraph and therefore denies those allegations.

6.      Denied.

7.      Denied.

8.      Denied.

**II.  DEFENSES**

9.      Defendants further plead the following separate and additional defenses to the Complaint.  By pleading these defenses, Defendants do not in any way agree or concede that they have the burden of proof or persuasion on any of these issues.  In addition to the defenses described below, Defendants expressly reserve the right to allege additional defenses as they become known through the course of discovery.

**FIRST DEFENSE – NON-INFRINGEMENT**

10.      Defendants do not and have not directly, indirectly, contributorily, and/or by inducement, or under the doctrine of equivalents, infringed any valid claims of the '901 patent.

**SECOND DEFENSE – INVALIDITY**

11.      The '901 patent in invalid for failure to meet the conditions of patentability of 35 U.S.C. § 101 et. seq., including, without limitation §§ 102, 103, and 112.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

ANSWER TO COMPLAINT FOR PATENT INFRINGEMENT
1440808.

- 2 -

### THIRD DEFENSE – UNCLEAN HANDS/PATENT MISUSE

12.     The relief sought by Forterra is barred in whole or in part by the doctrine of unclean hands and patent misuse.

### FOURTH DEFENSE – LACK OF STANDING

13.     Forterra lacks standing to bring this action and/or all essential parties are not in this action.

### PRAYER FOR RELIEF

WHEREFORE, Defendants pray for judgment as follows:

A.     That Forterra take nothing by way of its Complaint;

B.     That the Complaint be dismissed with prejudice against Forterra;

C.     That judgment be entered in favor of Defendants and against Forterra for each and every claim asserted by Forterra;

D.     That this case be deemed exceptional under 35 U.S.C. § 285 and that Defendants be awarded their reasonable attorneys' fees and costs;

E.     That Defendants be awarded costs of suit incurred herein;

F.     For such other and further relief as the Court deems just and proper.

### <u>DEMAND FOR JURY TRIAL</u>

Defendants hereby demand, pursuant to Fed. R. Civ. P. 38 and Civil L.R. 3-6, a jury trial on all issues so triable.

Dated:  January 25, 2006                    Respectfully submitted,

                                                            IRELL & MANELLA LLP


                                                            By:   /s/ Alan J. Heinrich
                                                                  Alan J. Heinrich
                                                                  Attorneys for Defendants
                                                                  AVATAR FACTORY AND
                                                                  WILLIAM D. HARVEY

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

ANSWER TO COMPLAINT FOR PATENT INFRINGEMENT
1440808.                                    - 3 -