```
1   TOWNSEND AND TOWNSEND AND CREW LLP
    BYRON W. COOPER (State Bar No. 166578)
2   JOHN E. LORD (State Bar No. 216111)
    379 Lytton Avenue
3   Palo Alto, California 94301
    Telephone: (650) 326-2400
4   Facsimile: (650) 326-2422

5   Attorneys for Plaintiff
    FORTERRA SYSTEMS, INC.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Forterra Systems, Inc., a California corporation, | Case No.   C05-04472 PVT |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO FILE A FIRST AMENDED COMPLAINT** |
| v. | |
| Avatar Factory, a California corporation, William D. Harvey, an individual, together dba the Will Harvey Company, and dba IMVU, | |
| Defendants. | |

Plaintiff Forterra Systems, Inc. ("Forterra") and Defendants Avatar Factory and William D. Harvey, through their respective counsel of record, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 15(a) that Forterra may file a First Amended Complaint, attached hereto as Exhibit "A." Plaintiff's First Amended Complaint shall be deemed served and filed on the date of entry of this order.

Defendants shall have twenty (20) days from the date of service of the First Amended Complaint to serve their response.

This Stipulation will not affect any date set by the Court for hearings and conferences.

1  IT IS SO STIPULATED.
2
3
   DATED: February 16, 2006          TOWNSEND AND TOWNSEND AND CREW LLP
4
5
6                                    By: /s/ Byron W. Cooper
7                                        _____
                                         Byron Cooper
8                                        Attorneys for Plaintiff
9  DATED: February 16, 2006          IRELL & MANELLA LLP
10
11
                                     By: _____
12                                       Alan Heinrich
                                         Attorneys for Defendants
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER                                    - 2 -

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED: March 1, 2006

/s/ Patricia V. Trumbull
The Honorable Patricia V. Trumbull
United States ~~Chief~~ Magistrate Judge