1  TOWNSEND AND TOWNSEND AND CREW LLP
   BYRON W. COOPER (State Bar No. 166578)
2  JOHN E. LORD (State Bar No. 216111)
   379 Lytton Avenue
3  Palo Alto, California  94301
   Telephone: (650) 326-2400
4  Facsimile: (650) 326-2422

5  Attorneys for Plaintiff
   FORTERRA SYSTEMS, INC.
6

7

8

                    UNITED STATES DISTRICT COURT
9
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12

13  Forterra Systems, Inc., a California corporation,      Case No.    C05-04472 PVT

14              Plaintiff,                                 STIPULATION AND [PROPOSED]
                                                           ORDER TO FILE A FIRST
15        v.                                               AMENDED COMPLAINT

16  Avatar Factory, a California corporation,
    William D. Harvey, an individual, together dba
17  the Will Harvey Company, and dba IMVU,

18              Defendants.

19

20        Plaintiff Forterra Systems, Inc. ("Forterra") and Defendants Avatar Factory and William D.

21  Harvey, through their respective counsel of record, hereby stipulate and agree pursuant to Federal

22  Rule of Civil Procedure 15(a) that Forterra may file a First Amended Complaint, attached hereto as

23  Exhibit "A."  Plaintiff's First Amended Complaint shall be deemed served and filed on the date of

24  entry of this order.

25        Defendants shall have twenty (20) days from the date of service of the First Amended

26  Complaint to serve their response.

27        This Stipulation will not affect any date set by the Court for hearings and conferences.

28

1    IT IS SO STIPULATED.

2

3    DATED: February <u>16</u>, 2006        TOWNSEND AND TOWNSEND AND CREW LLP

4

5

6                         /s/   Byron W. Cooper
                  By: _____

7                         Byron Cooper
                        Attorneys for Plaintiff

8

9    DATED: February <u>16</u>, 2006        IRELL & MANELLA LLP

10

11

12                   By: _____
                        Alan Heinrich

13                         Attorneys for Defendants

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER

1

## **ORDER**

2

3   PURSUANT TO THE STIPULATION, IT IS SO ORDERED

4

5

DATED:_March 1___, 2006          /s/ Patricia V. Trumbull

6                                 _____

7                                 The Honorable Patricia V. Trumbull
                                  United States Chief Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28