IRELL & MANELLA LLP
Morgan Chu (70446)
Alan J. Heinrich (212782)
Richard E. Lyon (229288)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Defendants
AVATAR FACTORY, IMVU, INC.,
AND WILLIAM D. HARVEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Forterra Systems, Inc., a California corporation,<br><br>            Plaintiff,<br><br>   vs.<br><br>Avatar Factory, a California corporation, IMVU, Inc., a Delaware corporation, and William D. Harvey, an individual,<br><br>            Defendants. | Case No. C05-04472<br><br>**ANSWER TO FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

      Defendants, Avatar Factory, IMVU, Inc. and William D. Harvey, answer the First Amended Complaint for Patent Infringement (the "Complaint") of Forterra Systems, Inc. ("Forterra") as follows:

## I.  ANSWER

### THE PARTIES

      1.    Defendants are without knowledge or information sufficient to form a belief as to the truth of allegations in this paragraph and therefore deny each and every allegation therein.

      2.    Admitted.

      3.    Admitted.

      4.    Defendants admit that William D. Harvey is an individual residing in Palo Alto, California.  Defendants admit that William D. Harvey incorporated Avatar Factory and IMVU,

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

ANSWER TO FIRST AMENDED COMPLAINT FOR
PATENT INFRINGEMENT
1463824.1

1  Inc.  Defendants admit that William D. Harvey is a director and/or officer of Avatar Factory and
2  IMVU, Inc.  Defendants deny the remainder of the allegations in this paragraph.

## JURISDICTION AND VENUE

4    5.    Defendants admit that the Court has subject matter jurisdiction pursuant to 28
5  U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States,
6  35 U.S.C. §§ 1 et seq.  Defendants admit that venue is proper in this federal district pursuant to 28
7  U.S.C. §§ 1391(b)-(c) and 1400(b) as Defendants have done business in this district.  Defendants
8  deny the remainder of the allegations in this paragraph.

## INFRINGEMENT OF U.S. PATENT NO. 6,784,901

10    6.    Defendants admit that United States Patent No. 6,784,901 (the "'901 patent"),
11  entitled "Method, System and Computer Program Product for the Delivery of a Chat Message in a
12  3D Multi-User Environment," states on its face that it issued on August 31, 2004.  Except as so
13  admitted, Defendants are without knowledge or information sufficient to form a belief as to the
14  truth of allegations in this paragraph and therefore denies those allegations.

15    7.    Denied.
16    8.    Denied.
17    9.    Denied.

## II.  DEFENSES

19    10.    Defendants further plead the following separate and additional defenses to the
20  Complaint.  By pleading these defenses, Defendants do not in any way agree or concede that they
21  have the burden of proof or persuasion on any of these issues.  In addition to the defenses
22  described below, Defendants expressly reserve the right to allege additional defenses as they
23  become known through the course of discovery.

## FIRST DEFENSE – NON-INFRINGEMENT

25    11.    Defendants do not and have not directly, indirectly, contributorily, and/or by
26  inducement, or under the doctrine of equivalents, infringed any valid claims of the '901 patent.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

ANSWER TO FIRST AMENDED COMPLAINT FOR
PATENT INFRINGEMENT
1463824.

- 2 -

**SECOND DEFENSE – INVALIDITY**

12. The '901 patent is invalid for failure to meet the conditions of patentability of 35 U.S.C. § 101 et. seq., including, without limitation §§ 102, 103, and 112.

**THIRD DEFENSE – UNCLEAN HANDS/PATENT MISUSE**

13. The relief sought by Forterra is barred in whole or in part by the doctrine of unclean hands and patent misuse.

**FOURTH DEFENSE – LACK OF STANDING**

14. Forterra lacks standing to bring this action and/or all essential parties are not in this action.

**PRAYER FOR RELIEF**

WHEREFORE, Defendants pray for judgment as follows:

A. That Forterra take nothing by way of its Complaint;

B. That the Complaint be dismissed with prejudice against Forterra;

C. That judgment be entered in favor of Defendants and against Forterra for each and every claim asserted by Forterra;

D. That this case be deemed exceptional under 35 U.S.C. § 285 and that Defendants be awarded their reasonable attorneys' fees and costs;

E. That Defendants be awarded costs of suit incurred herein;

F. For such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Defendants hereby demand, pursuant to Fed. R. Civ. P. 38 and Civil L.R. 3-6, a jury trial on all issues so triable.

Dated: March 14, 2006                               Respectfully submitted,

                                                    IRELL & MANELLA LLP


                                                    By:  /s/ Alan J. Heinrich
                                                         Alan J. Heinrich
                                                         Attorneys for Defendants
                                                         AVATAR FACTORY, IMVU, INC.,
                                                         AND WILLIAM D. HARVEY

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

ANSWER TO FIRST AMENDED COMPLAINT FOR
PATENT INFRINGEMENT
1463824.

- 3 -