TOWNSEND AND TOWNSEND AND CREW LLP
Byron W. Cooper (State Bar No. 166578) (bwcooper@townsend.com)
John E. Lord (State Bar No. 216111) (jelord@townsend.com)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Plaintiff
FORTERRA SYSTEMS, INC.

IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Alan J. Heinrich (212782) (aheinrich@irell.com)
Richard E. Lyon (229288) (rlyon@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Defendants
AVATAR FACTORY, IMVU, INC.,
AND WILLIAM D. HARVEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Forterra Systems, Inc., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Avatar Factory, a California corporation, IMVU, Inc., a Delaware corporation, and William D. Harvey, an individual,<br><br>　　　　　Defendants. | Case No. C05-04472<br><br>**STIPULATION TO EXTEND THE TIME TO JOIN ADDITIONAL PARTIES** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION FOR EXTENSION OF TIME
1492560.

Pursuant to Civil L.R. 6-2, plaintiff Forterra Systems, Inc. ("Forterra") and defendants Avatar Factory, IMVU, Inc. and William D. Harvey (collectively, "Defendants"), through their respective counsel, hereby stipulate to extend the deadline for joinder of additional parties to this action to May 29, 2006. On November 3, 2005, Forterra filed its complaint alleging that Defendants infringe U.S. Patent No. 6,784,901 (the "'901 patent"). On March 7, 2006, in a Case Management Conference Order, the Court set the deadline for joinder of any additional parties to this action at sixty days after entry of the order.

Defendants are informed and believe that Forterra granted an exclusive license to the '901 patent to Makena Technologies, Inc. ("Makena"). Defendants seek an opportunity to analyze the license agreement between Forterra and Makena (the "Agreement") to determine whether Makena is a "person needed for just adjudication" under Rule 19 of the Federal Rules of Civil Procedure and applicable caselaw or should be otherwise joined as a party to this lawsuit. On March 6, 2006, Forterra served a Request for Production of Documents and Things to Defendants IMVU, Inc., Avatar Factory and William D. Harvey. On March 16, 2006, Defendant IMVU, Inc. served IMVU, Inc.'s First Set of Requests for Production of Documents and Things to Forterra Systems, Inc. Both parties have indicated to each other that they are currently working on discovery responses and both parties have agreed to produce documents pursuant to each side's outstanding Document Requests by May 12, 2006.

The parties seek a three week extension to the deadline for joinder of additional parties to provide sufficient time for Defendants to analyze the Agreement, once it has been produced by Forterra, and to determine whether Makena should be joined as a party to the lawsuit. There have been no previous time modifications in this case, and this time modification will have no effect on the schedule for the case.

Therefore, the parties stipulate to extend the time for the parties to join any additional parties to this action to May 29, 2006.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION FOR EXTENSION OF TIME
1492560.

- 2 -

1  DATED: May 8, 2006					Respectfully submitted,

2

3							By:	/s/ John E. Lord
							John E. Lord
4							TOWNSEND AND TOWNSEND AND CREW
							LLP Attorneys for Plaintiff
5							FORTERRA SYSTEMS, INC.

6
   DATED: May 8, 2006					Respectfully submitted,
7

8							By:	/s/ Richard E. Lyon
							Richard E. Lyon
9							IRELL & MANELLA LLP
							Attorneys for Defendants
10							AVATAR FACTORY, IMVU, INC.,
							AND WILLIAM D. HARVEY
11

12		I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of

13  this document has been obtained from John E. Lord, Esq., Attorney for Plaintiff Forterra Systems,

14  Inc.

15  DATED: May 8, 2006					By:	/s/ Richard E. Lyon

16

17  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19  Dated: 5/9/06					[signature]
20							HON. PATRICIA V. TRUMBULL
							United States Magistrate Judge

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION FOR EXTENSION OF TIME
1492560.

- 3 -