IRELL & MANELLA LLP
Morgan Chu (70446)
Alan J. Heinrich (212782)
Richard E. Lyon (229288)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

Attorneys for Defendants
AVATAR FACTORY, IMVU, INC.,
AND WILLIAM D. HARVEY

TOWNSEND AND TOWNSEND AND CREW LLP
Byron W. Cooper (166578)
John E. Lord (216111)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650)326-2400
Facsimile: (650) 326-2422

Attorneys for Plaintiff
FORTERRA SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Forterra Systems, Inc., a California corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>Avatar Factory, a California corporation, IMVU, Inc., a Delaware corporation, and William D. Harvey, an individual,<br><br>            Defendants. | Case No. C05-04472<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING ACCESS TO COURTROOM**<br><br>**Date: June 27, 2006**<br>**Time: 1:00 P.M.**<br>**Judge: Honorable Patricia V. Trumbull**<br>**Courtroom: 5, 4th Floor** |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION AND [PROPOSED] ORDER GRANTING
ACCESS TO COURTROOM
1518955.1

1   THE PARTIES HAVE STIPULATED AND IT IS HEREBY ORDERED that, on June 27,
2   2006, counsel for Avatar Factory, IMVU, Inc., and William D. Harvey and counsel for Forterra
3   Systems, Inc., as well as their technical assistants, shall be permitted to bring electronic equipment
4   (including laptop computers, projectors, projection screens, and any necessary cables and
5   connectors), exhibits, and demonstrative objects into the courtroom of the Honorable Patricia V.
6   Trumbull, located at 280 North 1st Street, San Jose, California, Courtroom 5, 4th Floor.

7   This permission shall extend to Alan J. Heinrich, Esq. and Richard E. Lyon, Esq. from the
8   firm of Irell & Manella LLP and their employees and agents.  This permission shall also extend to
9   Byron W. Cooper, Esq. and John E. Lord, Esq. from the firm of Townsend and Townsend and
10  Crew LLP and their employees and agents.

11  Except as otherwise ordered by the Court, these persons shall be allowed access as ordered
12  herein until the hearing in this matter is completed.

13  RESPECTFULLY SUBMITTED:

14  Dated: June 14, 2006                    IRELL & MANELLA LLP

15                                          By: /s/ Richard E. Lyon
                                                Richard E. Lyon
16                                              Attorneys for Defendants
                                                AVATAR FACTORY, IMVU, INC.,
17                                              AND WILLIAM D. HARVEY

18
    Dated: June 14, 2006                    TOWNSEND AND TOWNSEND AND CREW LLP
19
                                            By: /s/ John E. Lord
20                                              John E. Lord
                                                Attorneys for Plaintiff
21                                              FORTERRA SYSTEMS, INC

22  I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of
23  this document has been obtained from John E. Lord, Esq., Attorney for Plaintiff Forterra Systems,
24  Inc.

25  Dated:  June 14, 2006                   By: /s/ Richard E. Lyon

26      IT IS SO ORDERED.

27  DATED:    June 14, 2006                 *Patricia V. Trumbull*
                                            _____
28                                          PATRICIA V. TRUMBULL
                                            United States Magistrate Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION AND [PROPOSED] ORDER GRANTING
ACCESS TO COURTROOM
1518955.

- 2 -