UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORTERRA SYSTEMS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AVATAR FACTORY, a California Corporation, IMVU, inc., a Delaware corporation, and WILLIAM D. HARVEY, an individual<br><br>Defendants. | Case No.: C-05-04472 PVT<br><br>FURTHER CASE MANAGEMENT ORDER |

On October 17, 2006, the parties appeared in front of before Magistrate Judge Patricia V. Trumbull for a Further Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

1. Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 19, 2007
2. Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . March 19, 2007
3. Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . April 19, 2007
4. Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 18, 2007
5. Dispositive Motions Hearing . . . . . . . . . . . . . . . . 10:00 a.m. on June 26, 2007

It is Further Ordered that:

1. Plaintiff's Motion for a Stay of Litigation shall be heard **December 5, 2006** at 10:00 am, but the opposition is due October 31, and reply is due November 7, 2006; and

2. Defendants' Motion for Summary Judgment of Non-Infringement shall be heard **December 5, 2006**, with the Opposition due November 14, 2006 and the Reply due November 21, 2006

IT IS SO ORDERED.

Dated: October 17, 2006

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge