TOWNSEND AND TOWNSEND AND CREW LLP
Byron W. Cooper (State Bar No. 166578) (bwcooper@townsend.com)
John E. Lord (State Bar No. 216111) (jelord@townsend.com)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Plaintiff
FORTERRA SYSTEMS, INC.

IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Alan J. Heinrich (212782) (aheinrich@irell.com)
Richard E. Lyon (229288) (rlyon@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Defendants
AVATAR FACTORY, IMVU, INC.,
AND WILLIAM D. HARVEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Forterra Systems, Inc., a California corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>Avatar Factory, a California corporation, IMVU, Inc., a Delaware corporation, and William D. Harvey, an individual,<br><br>    Defendants. | Case No. C05-04472<br><br>**STIPULATION TO STAY LITIGATION** |

1. WHEREAS, on July 14, 2006, Defendants Avatar Factory, IMVU, Inc., and William D. Harvey (collectively, "IMVU") submitted with the United States Patent and Trademark Office (the "Patent Office") a Request for *Inter Partes* Reexamination of U.S. Patent No. 6,784,901 (the "'901 patent"), the sole patent-in-suit in the above-captioned case.

2. WHEREAS, on August 31, 2006, Plaintiff Forterra Systems, Inc. ("Forterra") submitted with the Patent Office an application for broadening reissue of the '901 patent.

3. WHEREAS, on December 7, 2006, the Patent Office issued an Order Granting IMVU's Request for *Inter Partes* Reexamination under 35 U.S.C. § 312.

4. WHEREAS, on December 7, 2006, the Patent Office also issued a non-final Office Action that rejected all claims of the '901 patent that have been asserted in the above-captioned litigation.

5. WHEREAS, in light of the foregoing, the parties agree that a stay of the above-captioned litigation during the pendency of the *inter partes* reexamination and reissue proceedings for the '901 patent currently pending in the Patent Office is in the interest of justice at this time and will conserve the Court's and the parties' own resources.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned litigation, through their respective counsel, and subject to the Court's approval, that:

1. This litigation and all proceedings therein be stayed and all discovery be suspended pending the outcome of the aforementioned *inter partes* reexamination and reissue proceedings for the '901 patent.

2. All due dates and deadlines under the Patent Local Rules, Federal Rules of Civil Procedure, and Orders of this Court be vacated.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION TO STAY LITIGATION    - 2 -

DATED: 12-18-2006

Respectfully submitted,

By: _____
Byron Cooper
TOWNSEND AND TOWNSEND AND CREW LLP Attorneys for Plaintiff
FORTERRA SYSTEMS, INC.

DATED: 12-18-2006

Respectfully submitted,

By: _____
Alan J. Heinrich
IRELL & MANELLA LLP
Attorneys for Defendants
AVATAR FACTORY, IMVU, INC.,
AND WILLIAM D. HARVEY

I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of this document has been obtained from Byron Cooper, Esq., Attorney for Plaintiff Forterra Systems, Inc.

DATED: 12-18-2006

By: _____

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/22/06

_____
HON. PATRICIA V. TRUMBULL
United States Magistrate Judge