TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE T. HERHOLD (State Bar No. 122895)
JOHN E. LORD (State Bar No. 216111)
ERIC M. HUTCHINS (State Bar No. 245462)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
E-mail: jelord@townsend.com

Attorneys for Plaintiff
FORTERRA SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Forterra Systems, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Avatar Factory, a California corporation,<br>IMVU, Inc., a Delaware corporation, and<br>William D. Harvey, an individual,<br><br>Defendants. | Case No.   C05-04472 PVT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

WHEREAS, the parties hereto have reached a confidential settlement to the present action,

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that this action be, and hereby is, dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

///

///

///

///

///

///

///

Each party is to bear its own costs, expenses, and attorneys' fees.

DATED: October 9, 2007      Respectfully submitted,

By: /s/ John E. Lord
John E. Lord
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Plaintiff
FORTERRA SYSTEMS, INC.

DATED: October 12, 2007     Respectfully submitted,

By: /s/ Alan J. Heinrich
Alan J. Heinrich, Esq.
Richard E. Lyon, Esq.
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendants,
AVATAR FACTORY, WILLIAM D. HARVEY and IMVU

**IT IS SO ORDERED.**

DATED: October ___, 2007

By: _____
Hon. Magistrate Judge Patricia V. Trumbull
United States District Court Judge

61145035 v1