TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE T. HERHOLD (State Bar No. 122895)
JOHN E. LORD (State Bar No. 216111)
ERIC M. HUTCHINS (State Bar No. 245462)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
E-mail: jelord@townsend.com
emhutchins@townsend.com

Attorneys for Plaintiff
FORTERRA SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Forterra Systems, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Avatar Factory, a California corporation, IMVU, Inc., a Delaware corporation, and William D. Harvey, an individual,<br><br>Defendants. | Case No. C05-04472 PVT<br><br>**JOINT STIPULATED MOTION FOR VACATUR AND [~~PROPOSED~~] ORDER** |

Plaintiff Forterra Systems, Inc. ("Forterra"), and Defendants William D. Harvey, Avatar Factory, and IMVU, Inc. (collectively "IMVU") jointly move this Court to vacate the claim construction order in the above-captioned case. Neither party to this patent infringement action opposes this motion, which is brought in the interests of equity, and as a condition of settlement.

///

///

///

///

Forterra and IMVU have reached a settlement regarding Forterra's allegations that IMVU's "IMVU.com" product infringes upon Forterra's U.S. Patent No. 6,784,901.[1] As part of the settlement, Forterra and IMVU have agreed that this Court's Claim Construction Order of October 3, 2006, should be vacated because, as a result of the settlement, the parties waive their respective rights to appeal the claim construction order to the Court of Appeals for the Federal Circuit for review.

The Ninth Circuit has held that

> a district court may vacate its own decision in the absence of extraordinary circumstances . . . in light of the consequences and attendant hardships of dismissal or refusal to dismiss and the competing values of finality of judgment and right to relitigation of unreviewed disputes.

*American Games, Inc. v. Trade Products, Inc.*, 142 F.3d 1164, 1168 (9th Cir. 1997). This Court, likewise, has held that "when mootness results from settlement, a district court may grant vacatur of its own judgment when equitable considerations counsel in favor of vacatur; a finding of exceptional circumstances is not required." *Davis, Cowell & Bone, LLP v. Social Sec. Adm.*, 281 F.Supp.2d 1154, 1156 (N.D. Cal. 2003); *see also Persistence Software, Inc. v. The Object People, Inc.*, 200 F.R.D. 626, 627 (N.D. Cal. 2001) (citing *American Games* as establishing the test for district court vacatur under Fed. R. Civ. P. 60(b)); *Blair v. Shanahan*, 919 F. Supp. 1361 (N.D. Cal. 1996).

Here, equitable considerations favor vacatur. First, vacatur would not impose hardship upon any party to this action. Each party on both sides of this action have joined in and consented to the present motion. Second, vacatur would not interfere with the finality of judgment. There is no judgment against IMVU arising from this action, and the parties have entered into a settlement agreement. Third, vacatur would assure Forterra a means by which it can continue to fully enjoy its rights in the '901 patent. Without vacatur, execution of the settlement agreement forecloses Forterra from appealing claim construction to the Federal Circuit.

///

///

---

[1] The parties have concurrently filed a Stipulated Order of Dismissal.

For these reasons, Forterra and IMVU ask the Court to vacate its Claim Construction Order of October 3, 2006.

DATED: October 9, 2007

Respectfully submitted,

By: /s/ John E. Lord

John E. Lord
Eric M. Hutchins
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Plaintiff
FORTERRA SYSTEMS, INC.

DATED: October 12, 2007

Respectfully submitted,

By: /s/ Alan J. Heinrich

Alan J. Heinrich
Richard E. Lyon
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendants
AVATAR FACTORY, IMVU, INC., AND
WILLIAM D. HARVEY

**GENERAL ORDER 45 ATTESTATION**

I, John E. Lord, am the ECF user whose ID and password are being used to file this JOINT STIPULATED MOTION FOR VACATUR AND [PROPOSED] ORDER. In compliance with General Order 45, X.B. I hereby attest that Alan J. Heinrich has concurred in this filing.

DATED: October 12, 2007

Respectfully submitted,

By: /s/ John E. Lord

John E. Lord
Eric M. Hutchins
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Plaintiff
FORTERRA SYSTEMS, INC.

**~~PROPOSED~~ ORDER TO VACATE CLAIM CONSTRUCTION ORDER**

It is ORDERED that the October 3, 2006 Order Re Claim Construction of United States Patent No. 6,784,901 is hereby VACATED. It is the Court's intention that the vacated Order shall have no preclusive effect in this or any other proceedings.

**IT IS SO ORDERED**.

DATED: October 26, 2007

By: Patricia V. Trumbull
Hon. Magistrate Judge Patricia V. Trumbull

61143037 v2