TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE T. HERHOLD (State Bar No. 122895)
JOHN E. LORD (State Bar No. 216111)
ERIC M. HUTCHINS (State Bar No. 245462)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
E-mail: jelord@townsend.com

Attorneys for Plaintiff
FORTERRA SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Forterra Systems, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Avatar Factory, a California corporation, IMVU, Inc., a Delaware corporation, and William D. Harvey, an individual,<br><br>Defendants. | Case No.   C05-04472 PVT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

WHEREAS, the parties hereto have reached a confidential settlement to the present action,

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that this action be, and hereby is, dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

///

///

///

///

///

///

///

1 | Each party is to bear its own costs, expenses, and attorneys' fees.

2 | DATED: October 9, 2007          Respectfully submitted,

4 |                                 By:  /s/ John E. Lord
5 |                                      John E. Lord
                                         TOWNSEND AND TOWNSEND AND CREW LLP
6 |                                      379 Lytton Avenue
                                         Palo Alto, California 94301
                                         Telephone: (650) 326-2400
7 |                                      Facsimile: (650) 326-2422

8 |                                      Attorneys for Plaintiff
                                         FORTERRA SYSTEMS, INC.

10 |
11 | DATED: October 12, 2007         Respectfully submitted,

12 |
                                          /s/ Alan J. Heinrich
13 |                                 By: _____
                                         Alan J. Heinrich, Esq.
14 |                                     Richard E. Lyon, Esq.
                                         IRELL & MANELLA LLP
15 |                                     1800 Avenue of the Stars, Suite 900
                                         Los Angeles, CA 90067-4276
                                         Telephone: (310) 277-1010
16 |                                     Facsimile: (310) 203-7199

17 |                                     Attorneys for Defendants,
                                         AVATAR FACTORY, WILLIAM D. HARVEY
18 |                                     and IMVU

19 | **IT IS SO ORDERED.**

20 |
21 | DATED: October 26, 2007

22 |
                                    By:  /s/ Patricia V. Trumbull
23 |                                     Hon. Magistrate Judge Patricia V. Trumbull

25 | 61145035 v1